David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                CASE No. 08-12265

RICHARD SCOTT PARSONS, and            CHAPTER 13
SHEENAGH GEORGINA KERR-PARSONS,
                                      MOTION FOR ORDER DETERMINING
    Debtors.          /       VALUE OF SECURED CLAIM AND
                                      FOR ORDER AVOIDING LIEN; AND
                                      DECLARATION OF RICHARD SCOTT
                                      PARSONS
                                      Date:  November 13, 2009
                                      Time:  9:00 a.m.
                                      Place: 99 South E St.
                                             Santa Rosa, CA

    Richard Scott Parsons and Sheenagh Georgina Kerr-Parsons, Debtors herein, hereby move the Court for an order determining the value of the (second priority) secured claim of Washington Mutual Bank, FA and for an order avoiding the second priority lien of Washington Mutual Bank, FA, and represent:

    1.   This Chapter 13 case was commenced by voluntary petition on October 27, 2008.

    2.   Debtors are the owners of real property located at 2206 Pleasant Hill Rd., Sebastopol, CA (APN 076-110-067) (hereinafter the "Real Property").

    3.   In or about April, 2007, Debtors borrowed the sum of $754,000.00 from Washington Mutual Bank, FA .  In exchange, they gave the lender a Promissory Note and granted it a first priority

1
Case: 08-12265   Doc# 45   Filed: 10/09/09   Entered: 10/09/09 18:56:05   Page 1 of 3

security interest in the Real Property. To date, the balance owed under the Note is approximately $754,000.00. JPMorgan Chase, as servicing agent for Lasalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificate Series 2007-HY06 Trust, filed a Proof of Claim in the amount of $769,510.21.

    4. In or about April, 2007, Debtors borrowed the additional sum of $94,000.00 from Washington Mutual Bank, FA. In exchange, they gave the lender a Promissory Note and granted it a second priority security interest in the Real Property. To date, the balance owed under the Note is approximately $93,765.33.

    5. Debtors are informed and believe, based upon sales and comparable properties in the same area, that the current value of the Real Property is $750,000.00 or less.

    6. The (second priority) claim of Washington Mutual Bank, FA is wholly unsecured pursuant to Section 506(a) because the value of the Real Property is less than the balance owed under the first priority Note and Deed of Trust. 11 U.S.C. § 506(a). As such, the second priority lien of Washington Mutual Bank, FA is subject to avoidance upon Debtors' successful completion of their Chapter 13 Plan. 11 U.S.C. § 1322(b)(2).

    WHEREFORE, Debtors request that the Court enter an order disallowing the (second priority) secured claim of Washington Mutual Bank, FA and for an order avoiding the second priority lien of Washington Mutual Bank, FA upon completion of the Chapter 13 Plan.

Respectfully submitted,

Dated: 10/9/09     DAVID N. CHANDLER, p.c.

By: */s/ David N. Chandler, Jr.*
David N. Chandler, Jr.
Attorney for Debtors

1                    DECLARATION OF RICHARD SCOTT PARSONS

2        I, Richard Scott Parsons, declare and say:

3        1.   That if called as a witness, I am competent to testify to
4   the within matters from my own knowledge.

5        2.   That my wife, Sheenagh Georgina Kerr-Parsons, and I are
6   the Debtors in the above-entitled proceeding.

7        3.   That we are the owner of the real property located at 2206
8   Pleasant Hill Rd., Sebastopol, CA (APN 076-110-067) (hereinafter the
9   "Real Property").

10       4    That, in or about April, 2007, my wife and I borrowed the
11  sum of $754,000.00 from Washington Mutual Bank, FA.  In exchange,
12  we gave the lender a Promissory Note and granted it a first priority
13  security interest in the Real Property.  To date, the balance owed
14  under the Note is approximately $754,000.00.

15       5.   That, in or about April, 2007, my wife and I borrowed the
16  additional sum of $94,000.00 from Washington Mutual Bank, FA.  In
17  exchange, we gave the lender a Promissory Note and granted it a
18  second priority security interest in the Real Property.  To date,
19  the balance owed under the Note is approximately $93,765.33.

20       6.   That I am informed and believe, based upon sales and
21  comparable properties in the same area, that the current value of
22  the Real Property is $750,000.00 or less.

23       Executed under penalty of perjury this 2nd day of October, 2009
24  at Sonoma County, California.

                                         /s/ Richard Scott Parsons
                                         RICHARD SCOTT PARSONS